IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG ALAN SPENCER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Civil No.  15-cv-1319-JPG-CJP |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. [1] | ) ) ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, Craig Spencer, and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED**:  3/27/2017

                                                                     **JUSTINE FLANAGAN**
                                                                      **Acting Clerk of Court**

                                                                      **BY:   s/Tina Gray**
                                                                               **Deputy Clerk**

**APPROVED:**

 *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  See, *Casey v. Berryhill*, __ F3d. __, 2017 WL 398309 (7th Cir. Jan. 30, 2017).  She is automatically substituted as defendant in this case. See Fed. R. Civ. P. 25(d); 42 U.S.C. §405(g).